446 F.2d 650
 John B. TARLTON, Jr., and Harry Boyd, Petitioners-Appellants,
v.
Honorable John N. MITCHELL, Attorney General of the United States, etc., et al., Respondents-Appellees.
 No. 71-1823 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 August 18, 1971.
 
 Appeal from United States District Court, Northern District of Georgia; Sidney O. Smith, Jr., Chief Judge.
 John B. Tarlton, Jr., Asst. U. S. Atty., pro se.
 Harry Boyd, pro se.
 John W. Stokes, U. S. Atty., E. Ray Taylor, Jr., Asst. U. S. Atty., Atlanta, Ga., for respondents-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966